## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATA CARRIERS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 12-953-LPS |
| | ) | |
| WALGREEN CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

The plaintiff Data Carriers, LLC and Defendant Walgreen Co. pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby move for an order dismissing all claims in this action WITH PREJUDICE, subject to the terms of that certain agreement entitled "**SETTLEMENT AND RELEASE AGREEMENT**" and dated July 12, 2013, with each party to bear its own costs, expenses and attorneys' fees.

Dated: August 16, 2013

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| /s/ Stephen B. Brauerman | /s/ Michael J. Flynn |
| Richard D. Kirk (No. 922) | Jack B. Blumenfeld (#1014) |
| Stephen B. Brauerman (No. 4952) | Michael J. Flynn (#5333) |
| 222 Delaware Avenue | 1201 North Market Street |
| Suite 900 | P.O. Box 1347 |
| Wilmington, DE 19801 | Wilmington, DE 19899 |
| (302) 655-5000 | (302) 658-9200 |
| rkirk@bayardlaw.com | jblumenfeld@mnat.com |
| sbrauerman@bayardlaw.com | mflynn@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Walgreen Co.* |
| *Data Carriers, LLC* | |

{BAY:02346513v1}